UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CASTALDI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIGNATURE RETAIL SERVICES, INC.,<br><br>　　　　Defendant. | No. C 15-00737 JSC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING TIME TO<br>RESPOND TO COMPLAINT |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties, pursuant to Local Rule 6-1, that the time by which Defendant, Signature Retail Services, Inc., may move, answer, or otherwise respond to the Complaint is hereby extended up to and including June 29, 2015.

　　　　No provision of this Stipulation and Order shall be construed as a waiver of any and all defenses available to Defendant, and any and all such defenses are hereby expressly reserved.

　　　　There has been no previous request for extension of time in connection with this matter.


　　　　　　　　The Remainder of This Page is Intentionally Blank

　　　　　　　　　　All Signatures Are on Page 2

{00084934}                                          1

SCHNEIDER, WALLACE, COTTRELL, KONECKY WOTKYNS LLP
Attorneys for Plaintiff,
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
T. (415) 421-7100
Email: jkonecky@schneiderwallace.com

By: _____     Dated: May 29, 2015
Joshua G. Konecky, Esq.


COMAN & ANDERSON, P.C.
Attorneys for Defendant,
650 Warrenville Road, Suite 500
Lisle, IL 60532
T. (630) 428-2660
Email: toddo@comananderson.com

By: _____     Dated: May 28, 2015
Thomas G. Oddo, Esq.


ANDERIES & GOMES LLP
Attorneys for Defendant,
601 Montgomery Street, Suite 888
San Francisco, CA 94111

By: _____     Dated: May 29, 2015
Allan J. Gomes, Esq.


ENTERED:

_____
Hon. Jacqueline S. Corley
United States Magistrate Judge

Dated: _____June 2_____, 2015